# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2241
L.T. Case No. 2011-CF-002412-A

_____

JEFFREY LYNN MCDONALD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
Steven Whittington, Judge.

Jeffrey Lynn McDonald, Century, pro se.

No Appearance for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____